# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RONALD E. HARRIS, II,

    Petitioner,

    -vs-

WARDEN, Chillicothe Correctional Institution,

    Respondent.

Case No. 3:12-cv-410

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## DECISION AND ORDER

This habeas corpus case is before the Court on Petitioner's "Motion Requesting To Transfer in the Record and Copy of Record" (Doc. No. 6). The Motion is DENIED.

Taken as a whole, the Motion is unintelligible to the Court. If Petitioner is requesting that the state court record in this case be filed here, that would only occur if the Court ordered an answer to the Petition. At present, the Magistrate Judge has recommended that the Petition be dismissed as a second or successive petition, in light of the final judgment in our Case No. 3:09-cv-060. If, as might be the case, Petitioner is seeking to have transferred to this Court the records in a number of other courts he mentioned, that would be improper in a habeas corpus case.

January 14, 2013.

                                                s/ *Michael R. Merz*
                                         United States Magistrate Judge