IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD E. HARRIS, II,

    Petitioner,

v.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,

    Respondent.

Case No. 3:12-cv-410

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #4) IN THEIR ENTIRETY; OVERRULING PETITIONER'S OBJECTIONS THERETO (DOC. #8); DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (DOC. #1) FOR LACK OF JURISDICTION; TERMINATION ORDER

---

Based on the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendations filed December 10, 2012, as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS the Report and Recommendations (Doc. #4) in their entirety, and OVERRULES Petitioner's Objections (Doc. #8) thereto. The Court further notes that the "Objections" are completely non-responsive to the issues raised in the Report and Recommendations.

Because the Petition for Writ of Habeas Corpus (Doc. #1) is a second or successive application, and Petitioner has not obtained permission from the Sixth

Circuit Court of Appeals to proceed, the Court DISMISSES the Petition for lack of jurisdiction.

This case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 4, 2013      *(signature)*
                          WALTER H. RICE
                          UNITED STATES DISTRICT JUDGE